### 5956.   MORRIS *v.* HOLSMAN & ALTER.

BROYLES, J.   The evidence authorized the verdict in the justice's court. There was no material error, and the judge of the superior court did not err in overruling the certiorari.

> *Judgment affirmed. Russell, C. J., dissents.*
> DECIDED JUNE 12, 1915.

Certiorari; from Fulton superior court—Judge Bell.   May 11, 1914.

*C. D. Maddox, Morris Macks,* for plaintiff in error. ,
*P. B. D'Orr, W. O. Slate,* contra.